UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY FRYE,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, et al.,

    Defendants.
_____/

Case No. 20-cv-11385
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment (ECF No. 13), dated September 16, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 16, 2022
Detroit, Michigan

1